# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153081(122)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v                                                    SC:  153081
                                                     COA:  325741
                                                     Wayne CC:  13-032654-FC
KENYA ALI HYATT,
        Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of amicus curiae State Appellate Defender Office to share the oral argument time with counsel for defendant-appellee is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk